THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEON HARRIS (Impleaded), Defendant-Appellant.

(No. 57121; )

First District (4th Division)—February 21, 1973.

Opinion by Mr. JUSTICE DIERINGER.

James J. Doherty, Public Defender, of Chicago, (Fred Shandling, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Terrence McQuigg, Assistant State's Attorneys, of counsel,) for the People.